UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3023<br><br>Section: "H" (5) |
| This Document Relates to:<br><br>Tequita Hill v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.<br><br>EDLA No. [xx-xxxx] | HON. JANE T. MILAZZO |

**SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Master Long Form Complaints and Jury Demands Filed in the above-referenced case on May 13, 2022 (Docs. 25 & 26). Pursuant to Case Management Order No. 2, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaints against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Tequita Hill

2. Spousal Plaintiff of other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not Applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Current State of Residence: Georgia

5. State in which Plaintiff(s) allege(s) injury: Georgia

1

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   [X] A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   [X] B.   Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   [X] A.   Sandoz, Inc.

   [X] B.   Accord Healthcare, Inc.

   [ ] C.   McKesson Corporation d/b/a McKesson Packaging

   [X] D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   [X] E.   Hospira, Inc.

   [ ] F.   Sun Pharma Global FZE

   [ ] G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.

   [ ] H.   Pfizer Inc.

   [X] I.   Actavis Pharma Inc.

   [X] J.   Actavis LLC f/k/a Actavis Inc.

   [ ] K.   Sagent Pharmaceuticals, Inc.

   [X] L.   Eagle Pharmaceuticals, Inc.

   [X] M.   Teikoku Pharma USA, Inc.

   [ ] N.   Other:

2

7. Basis for Jurisdiction:

   Diversity of Citizenship

   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing order entered by this Court: Middle District of Georgia

9. Brand Product(s) used by Plaintiff (check applicable);

   ☐ A. Taxotere

   ☐ B. Docefrez

   ☐ C. Docetaxel Injection

3

☐ D. Docetaxel Injection Concentrate

☒ E. Unknown

☐ F. Other:

10. First Date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

From approximately August 21, 2019 through February 25, 2020.

11. State in which Product(s) identified in question 9 was/were administered:

Georgia

4

12. Alleged injury:

> Plaintiff suffers from chronic and debilitating epiphora due to permanent damage to her lacrimal drainage system.

13. Counts in Master Complaint brought by Plaintiff(s):

- [X] Count I – Strict Products Liability – Failure to Warn
- [X] Count II - Negligence
- [ ] Count III – Negligent Misrepresentation
- [ ] Count IV – Fraudulent Misrepresentation
- [ ] Count V – Fraudulent Concealment
- [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below if Plaintiff(s) includes additional theories of recovery. The specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email address(es) and Mailing Address(es) representing the Plaintiff(s):

| | |
|---|---|
| /s/ Patrick O. Hotze<br>Patrick O. Hotze, TX Bar 24047692<br>Karen Cannon Shanks, TX Bar 24006955<br>Justin E. Dunlap, TX Bar 24040835<br>**HOTZE RUNKLE PLLC**<br>1101 S. Capital of Texas Highway<br>Building C, Suite 100<br>West Lake Hills, Texas 78746<br>Tel: (512) 476-7771<br>Fax: (512) 476-7781<br>photze@hotzerunkle.com<br>karen@hotzerunkle.com<br>justin@hotzerunkle.com | /s/ Richard M. Paul, III<br>Richard M. Paul, III, MO Bar 44233<br>Laura C. Fellows, MO Bar 65896<br>**PAUL LLP**<br>601 Walnut Street, Suite 300<br>Kansas City, Missouri 64106<br>Tel: (816) 683-4326<br>Fax: (816) 984-8101<br>rick@paulllp.com<br>laura@paulllp.com |